IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| *In re:* | * | |
|---|---|---|
| | * | Case No.  10-12041 |
| **JAMES GAMBLE** | * | |
| **GERALDINE GAMBLE** | * | Chapter 7 |
| | * | |
| **Debtors** | * | |

## MOTION FOR EX PARTE ORDER REOPENING CASE
## TO PURSUE DISCHARGE VIOLATIONS AND
## OTHER RELIEF AGAINST CREDITORS IN THIS PROCEEDING

**COME NOW** the above-named debtors, by and through their attorney of record, and respectfully move the Court pursuant to Section 350(b) of Title 11 of the United States Code, Rule 9024 of the Rules of Bankruptcy Procedure and Rule 60 of the Federal Rules of Civil Procedure for the entry of an ex parte order to REOPEN this case in order to pursue possible discharge violations against FRADKIN & WEBER, P.A., CONTINENTAL FINANCE COMPANY,& FIRST BANK OF DELAWARE, and possibly other creditors in this proceeding.

**THE DEBTORS** respectfully show unto this court that a Final Order of Discharge was duly entered in this proceeding on or about May 12, 2010.  Since their discharge, the FRADKIN & WEBER, P.A. filed a lawsuit to collect on a debt owed to CONTINENTAL FINANCE COMPANY, LLC that had been discharged.

**THE DEBTORS** are informed and believe and therefore allege that it would be in the interest of justice to reopen this case and allow the debtors to proceed with the legal action described and they so move the Court for such relief and for such additional relief as the Court may deem just and proper.  Pursuant to 28 U.S.C. § 1930 a fee to reopen should not be charged to the debtors, since this matter relates to their discharge.

Dated this 10th day of May, 2011.


**/s/ Robinson S. Rowe**
Robinson S. Rowe, Bar No. 27752
ROWE BARNETT, PLLC
5906 Hubbard Dr.
Rockville, MD 20852
TEL: 301-770-4710 / FAX: 301-770-4711
rrowe@rowepllc.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 10th day of May, 2011, a copy of the foregoing MOTION FOR EX PARTE ORDER REOPENING CASE TO PURSUE DISCHARGE VIOLATIONS AND OTHER RELIEF AGAINST CREDITORS IN THIS PROCEEDING was served by certified mail, return receipt requested, or via electronic case filing system to the following parties:

James & Geraldine Gamble
4112A Suitland Rd
Suitland, MD 20746

Continental Finance Company, LLC
c/o Business Filings Incorporated
108 West 13th Street
Wilmington, DE 19801.

First Bank of Delaware
c/o Alonzo J. Primus
1000 Rocky Run Parkway
Wilmington, DE 19803.

Fradkin & Weber, P.A
c/o Michael Fradkin
200 E Joppa Road,
Towson, MD 21286

Steven Greenfeld
Chapter 7 Trustee
7910 Woodmont Avenue, Suite 1103
Bethesda, MD 20814


**/s/ Robinson S. Rowe**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| *In re:* | * | |
|---|---|---|
| | * | Case No. 10-12041 |
| **JAMES GAMBLE** | * | |
| **GERALDINE GAMBLE** | * | Chapter 7 |
| | * | |
| **Debtors** | * | |

### EX PARTE ORDER REOPENING CASE

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge presiding over the United States Bankruptcy Court for the District of Maryland, pursuant to the Motion for Ex Parte Order to Reopen this case in order for the debtors to pursue possible discharge violations against one or more creditors in this proceeding; and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this motion; and

**IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this motion; and

**IT FURTHER APPEARING** to the undersigned that the debtors' motion for an ex parte order reopening this case, should be granted.

**IT IS THEREFORE SO ORDERED.**


Cc:

Robinson S. Rowe
ROWE BARNETT, PLLC
5906 Hubbard Dr.
Rockville, MD 20852

James & Geraldine Gamble
4112A Suitland Rd
Suitland, MD 20746

Continental Finance Company, LLC
c/o Business Filings Incorporated
108 West 13th Street
Wilmington, DE 19801.

First Bank of Delaware
c/o Alonzo J. Primus
1000 Rocky Run Parkway
Wilmington, DE 19803.

Fradkin & Weber, P.A
c/o Michael Fradkin
200 E Joppa Road,
Towson, MD 21286

Steven Greenfeld
Chapter 7 Trustee
7910 Woodmont Avenue, Suite 1103
Bethesda, MD 20814

**END OF ORDER**